# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA



FILED
SEP 0 6 2011
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

CARLOS HUMBERTO GARCIA-LOPEZ

V.

UNITED STATES OF AMERICA

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER:   10CV0894-GT

☐  **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒  **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

denying Petition to Vacate under 28 USC 2255.

| September 6, 2011 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | K. Ridgeway /s/ K. Ridgeway |
| | (By) Deputy Clerk |
| | ENTERED ON September 6, 2011 |